# Exhibit 1

Int. Cls.: 14, 18, 20 and 21

Prior U.S. Cls.: 1, 2, 3, 13, 22, 23, 25, 27, 28, 29, 30, 32, 33, 40, 41 and 50

Reg. No. 2,594,275

## United States Patent and Trademark Office

Registered July 16, 2002

## TRADEMARK
### PRINCIPAL REGISTER



DREAMWORKS L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL PLAZA
BUNGALOW 477
UNIVERSAL CITY, CA 91608

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

FOR: BACKPACKS, FANNY PACKS, BELT BAGS, TOTE BAGS, HANDBAGS AND SHOULDER BAGS, LUGGAGE AND DUFFEL BAGS, COIN PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

FOR: PLASTIC FIGURINES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

FOR: PLASTIC CUPS, PLASTIC SQUEEZE BOTTLES, TOOTHBRUSHES, HAIR BRUSHES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

SER. NO. 76-296,709, FILED 8-7-2001.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

Int. Cls.: 9, 16, 25 and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39 and 50

Reg. No. 2,617,695

## United States Patent and Trademark Office

Registered Sep. 10, 2002

## TRADEMARK
### PRINCIPAL REGISTER

# SHREK

DREAMWORKS L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL PLAZA
BUNGALOW 477
UNIVERSAL CITY, CA 91608

FOR: MOUSE PADS, COMPUTER GAME CAR-TRIDGES, VIDEO GAME CARTRIDGES, COMPU-TER OPERATING SYSTEM SOFTWARE, MAGNETS, AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

FOR: CHILDREN'S ACTIVITY BOOKS, CHIL-DREN'S STORYBOOKS, COLORING BOOKS, STA-TIONERY-TYPE PORTFOLIOS, SPIRAL BOUND NOTEBOOKS, NOTE PADS AND WRITING PADS, STICKER ALBUMS, STICKERS, PENS, PENCIL ERASERS, PENCIL CASES, PEN BOXES AND PEN-CIL BOXES, PENCIL SHARPENERS, MARKERS, POSTERS, TRADING CARDS, GREETING CARDS, DRAWING RULERS, STATIONERY PACKS, STEN-CILS, AND ACTIVITY KITS CONSISTING OF STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

FOR: SHIRTS AND TOPS, SHORTS, SWEAT-SHIRTS, CAPS AND HATS, HOSIERY, SLIPPERS, PAJAMAS, SLEEPWEAR, UNDERWEAR AND HAL-LOWEEN COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

FOR: ACTION FIGURES AND ACCESSORIES THEREFOR, COSTUME MASKS, DOLLS, DOLL ACCESSORIES, BEAN BAG DOLLS, BENDABLE PLAY FIGURES, PLUSH TOYS AND BALLOONS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

SER. NO. 76-278,673, FILED 6-28-2001.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

Int. Cls.: 9, 16, 25, and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, and 50

Reg. No. 2,553,888

## United States Patent and Trademark Office

Registered Mar. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## SHREK

DREAMWORKS L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL PLAZA, BUNGALOW 477
UNIVERSAL CITY, CA 91608

FOR: MOUSE PADS, COMPUTER GAME CAR-TRIDGES, VIDEO GAME CARTRIDGES, COMPU-TER OPERATING SYSTEM SOFTWARE, MAGNETS, AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

FOR: CHILDREN'S ACTIVITY BOOKS, CHIL-DREN'S STORYBOOKS, COLORING BOOKS, STA-TIONERY-TYPE PORTFOLIOS, SPIRAL BOUND NOTEBOOKS, NOTE PADS AND WRITING PADS, STICKER ALBUMS, STICKERS, PENS, PENCIL ERASERS, PENCIL CASES, PEN BOXES AND PEN-CIL BOXES, PENCIL SHARPENERS, MARKERS, POSTERS, TRADING CARDS, GREETING CARDS, STUDY KITS, DRAWING RULERS, STATIONERY PACKS, STENCILS, AND ACTIVITY KITS CONSIST-ING OF STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

FOR: SHIRTS AND TOPS, SHORTS, SWEAT-SHIRTS, CAPS AND HATS, HOSIERY, SLIPPERS, PAJAMAS, SLEEPWEAR, UNDERWEAR AND HAL-LOWEEN COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

FOR: ACTION FIGURES AND ACCESSORIES THEREFOR, COSTUME MASKS, DOLLS, DOLL ACCESSORIES, BEAN BAG DOLLS, BENDABLE PLAY FIGURES, PLUSH TOYS AND BALLOONS , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

SN 76-040,789, FILED 5-3-2000.

JOANNA MATEJA, EXAMINING ATTORNEY

Int. Cls.: **14, 18, 20, and 21**

Prior U.S. Cls.: **1, 2, 3, 13, 22, 23, 25, 27, 28, 29, 30, 32, 33, 40, 41, and 50**

Reg. No. 2,636,584

## United States Patent and Trademark Office

Registered Oct. 15, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## SHREK

DREAM WORKS L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL PLAZA
BUNGALOW 477
UNIVERSAL CITY, CA 91608

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

FOR: BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

FOR: THROW PILLOWS AND PLASTIC FIGUR-INES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

FOR: TOOTHBRUSHES AND HAIR BRUSHES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

SN 76-103,750, FILED 8-4-2000.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

Int. Cls.: 25 and 28

Prior U.S. Cls.: 22, 23, 38, 39, and 50

**United States Patent and Trademark Office**

Reg. No. 3,454,311

Registered June 24, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# DRONKEY

DREAMWORKS ANIMATION L.L.C. (DELA-
WARE LTD LIAB CO)
1000 FLOWER STREET
GLENDALE, CA 91201

    FOR: HALLOWEEN COSTUMES, IN CLASS 25
(U.S. CLS. 22 AND 39).

    FIRST USE 5-1-2007; IN COMMERCE 5-1-2007.

    FOR: BEAN BAG DOLLS, PLUSH TOYS,
STUFFED TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38
AND 50).

    FIRST USE 4-1-2007; IN COMMERCE 4-1-2007.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    SN 77-000,570, FILED 9-15-2006.

RENEE SERVANCE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,210,725**

**Registered May 23, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CA 91201

CLASS 28: Toys and playthings, namely, action figures and accessories therefor, board games, dolls, doll accessories, bendable play figures, jigsaw puzzles, plush toys, stuffed toys, playing cards

FIRST USE 8-1-2016; IN COMMERCE 8-1-2016

The mark consists of a silhouette image of a boy sitting and fishing on a crescent moon to the left of the word "DREAMWORKS". The boy and the word "DREAMWORKS" are located above and to the left side of the larger, stylized word "TROLLS". The upper portion of the letter "T" in the word "TROLLS" is in the shape of a lock of hair. The upper portion of the "O" in the word "TROLLS" is formed to resemble a curl of hair.

OWNER OF U.S. REG. NO. 2326951, 4927692, 2596916

No claim is made to the exclusive right to use the following apart from the mark as shown: "TROLLS"

SER. NO. 87-009,248, FILED 04-21-2016
LAUREN ELAN BURKE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,370,840**

**Registered Jan. 02, 2018**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 3: Bath lotions, hand lotions, shampoos, hair conditioners, liquid soaps, shower and bath gels, body wash, cosmetics, make-up, nail polish, lip gloss and toothpaste

FIRST USE 8-1-2016; IN COMMERCE 8-1-2016

The mark consists of a silhouette image of a boy sitting and fishing on a crescent moon to the left of the word "DREAMWORKS". The boy and the word "DREAMWORKS" are located above and to the left side of the larger, stylized word "TROLLS". The upper portion of the letter "T" in the word "TROLLS" is in the shape of a lock of hair. The upper portion of the "O" in the word "TROLLS" is formed to resemble a curl of hair.

OWNER OF U.S. REG. NO. 2326951, 4927692, 2596916

SER. NO. 87-009,233, FILED 04-21-2016



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,973,646**

**Registered Jan. 28, 2020**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 41: Amusement park attraction and theme park services; live stage performances, namely, presentation of live show performances; providing recreational areas for entertainment and amusement, namely, interactive play areas

FIRST USE 6-30-2017; IN COMMERCE 6-30-2017

The mark consists of a silhouette image of a boy sitting and fishing on a crescent moon to the left of the word "DREAMWORKS". The boy and the word "DREAMWORKS" are located above and to the left side of the larger, stylized word "TROLLS". The upper portion of the letter "T" in the word "TROLLS" is in the shape of a lock of hair. The upper portion of the "O" in the word "TROLLS" is formed to resemble a curl of hair.

OWNER OF U.S. REG. NO. 2326951, 2404894, 2596916

SER. NO. 87-886,961, FILED 04-20-2018



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## DREAMWORKS TROLLS

**Reg. No. 5,196,722**

**Registered May 02, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CA 91201

CLASS 25: Clothing namely, shirts and tops, dresses, skirts, pants, shorts, sweatshirts, gloves, hosiery, pajamas, robes, sleepshirts, sleepwear, underwear, Halloween costumes, hats; caps; shoes, boots, and slippers

FIRST USE 10-1-2016; IN COMMERCE 10-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2404894, 2457467, 2326951

SER. NO. 86-897,629, FILED 02-04-2016
LAUREN ELAN BURKE, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## DREAMWORKS TROLLS

**Reg. No. 5,196,723**

**Registered May 02, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CA 91201

CLASS 28: Toys and playthings, namely, action figures and accessories therefor, board games, dolls, doll accessories, bendable play figures, jigsaw puzzles, plush toys, stuffed toys, playing cards

FIRST USE 8-1-2016; IN COMMERCE 8-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2404894, 2457467, 2326951

No claim is made to the exclusive right to use the following apart from the mark as shown: "TROLLS"

SER. NO. 86-897,644, FILED 02-04-2016
LAUREN ELAN BURKE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

## DREAMWORKS TROLLS

**Reg. No. 5,187,766**

**Registered Apr. 18, 2017**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CA 91201

CLASS 16: Books in the fields of children's and family entertainment; paper party decorations; paper party supplies, namely, paper napkins, gift wrapping paper, paper party bags; children's activity books; children's storybooks; comic books; graphic novels; coloring books; wire-bound notebooks; note pads; writing pads; diaries; daily planners; calendars; stickers, stamp pads; inking pads; rubber stamps; temporary tattoo transfers; pens; pencil erasers; decorative pencil-top ornaments; pen cases and pencil cases; pen boxes and pencil boxes; pencil sharpeners; chalk; markers; posters; trading cards; greeting cards; painting sets for children; arts and crafts paint kits; stationery packs consisting of writing paper, envelopes, markers, and stencils; and activity kits consisting of stickers and rubber stamps

FIRST USE 9-24-2016; IN COMMERCE 9-24-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2404894, 2457467, 2326951

No claim is made to the exclusive right to use the following apart from the mark as shown: "TROLLS"

SER. NO. 86-897,621, FILED 02-04-2016
JESSIE ANDREA MAIHOS, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

## DREAMWORKS TROLLS

**Reg. No. 5,187,765**

**Registered Apr. 18, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CA 91201

CLASS 9: downloadable software in the nature of a mobile application for playing games for use with computers, portable handheld digital electronic communication devices, mobile devices and wired and wireless communication devices; sunglasses

FIRST USE 10-20-2016; IN COMMERCE 10-20-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2404894, 2457467, 2326951

No claim is made to the exclusive right to use the following apart from the mark as shown: "TROLLS"

SER. NO. 86-897,610, FILED 02-04-2016
JESSIE ANDREA MAIHOS, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# DREAMWORKS TROLLS

**Reg. No. 5,073,509**

**Registered Nov. 01, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CA 91201

CLASS 28: ACTION FIGURES AND ACCESSORIES THEREFOR, DOLLS, DOLL ACCESSORIES, DOLL CLOTHING, JIGSAW PUZZLES, PLUSH TOYS, STUFFED TOYS

FIRST USE 8-1-2016; IN COMMERCE 8-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2404894, 2457467, 2326951

No claim is made to the exclusive right to use the following apart from the mark as shown: "TROLLS" IN INTERNATIONAL CLASSES 9, 16 AND 28

SER. NO. 85-847,593, FILED 02-12-2013
SHA MCPHERSON RAYBURN, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## DREAMWORKS TROLLS WORLD TOUR

**Reg. No. 6,170,313**

**Registered Oct. 06, 2020**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 9: Prerecorded DVDs featuring motion pictures, prerecorded CDs featuring music and motion picture sound tracks; downloadable shows featuring motion pictures in the nature of comedy, drama content; sunglasses

FIRST USE 3-13-2020; IN COMMERCE 3-13-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2326951, 2404894, 2596916

No claim is made to the exclusive right to use the following apart from the mark as shown: "TROLLS"

SER. NO. 88-326,752, FILED 03-05-2019

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

## DREAMWORKS TROLLS WORLD TOUR

**Reg. No. 6,170,319**

**Registered Oct. 06, 2020**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 16: Books in the fields of entertainment; paper party decorations; paper party supplies, namely, paper napkins, children's activity books; children's storybooks; coloring books; stickers, rubber stamps; temporary tattoo transfers; pencils; chalk; markers; posters; trading cards, other than for games; greeting cards; activity kits consisting of stickers and rubber stamps

FIRST USE 4-10-2020; IN COMMERCE 4-10-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2326951, 2404894, 2596916

No claim is made to the exclusive right to use the following apart from the mark as shown: "TROLLS"

SER. NO. 88-330,579, FILED 03-07-2019





Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## DREAMWORKS TROLLS WORLD TOUR

**Reg. No. 6,170,320**

**Registered Oct. 06, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C.  (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 25: Clothing, namely, shirts and tops, dresses, shorts, pajamas, sleepwear

FIRST USE 4-10-2020; IN COMMERCE 4-10-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2326951, 2404894, 2596916

SER. NO. 88-330,593, FILED 03-07-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## DREAMWORKS TROLLS WORLD TOUR

**Reg. No. 6,170,322**

**Registered Oct. 06, 2020**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 41: Entertainment services in the nature of the production and distribution of film, featuring comedy, drama, non-downloadable shows featuring motion pictures in the nature of comedy, drama

FIRST USE 4-10-2020; IN COMMERCE 4-10-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2326951, 2404894, 2596916

No claim is made to the exclusive right to use the following apart from the mark as shown: "TROLLS"

SER. NO. 88-330,623, FILED 03-07-2019

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## DREAMWORKS TROLLS WORLD TOUR

**Reg. No. 6,170,321**

**Registered Oct. 06, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 28: Toys, games and playthings, namely, action figures and accessories therefor, board games, dolls, doll accessories, toy figures and accessories therefor, play figures, jigsaw puzzles, plush toys, balloons, stuffed toys

FIRST USE 4-10-2020; IN COMMERCE 4-10-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2326951, 2404894, 2596916

No claim is made to the exclusive right to use the following apart from the mark as shown: "TROLLS"

SER. NO. 88-330,607, FILED 03-07-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## CUPCAKES AND RAINBOWS

**Reg. No. 5,419,011**

**Registered Mar. 06, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 25: Clothing namely, shirts and tops, pajamas

FIRST USE 7-17-2016; IN COMMERCE 7-17-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-082,380, FILED 06-23-2016



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# DJ SUKI

**Reg. No. 5,242,526**

**Registered Jul. 11, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CA 91201

CLASS 28: ACTION FIGURES AND ACCESSORIES THEREFOR, BENDABLE PLAY FIGURES, PLUSH TOYS, STUFFED TOYS

FIRST USE 8-1-2016; IN COMMERCE 8-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name "DJ SUKI" does not identify a living individual.

SER. NO. 86-980,680, FILED 02-25-2015
BRANDON N MARSH, EXAMINING ATTORNEY



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# FUZZBERT

**Reg. No. 5,492,459**

**Registered Jun. 12, 2018**

**Int. Cl.: 16, 25**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 16: CHILDREN'S STORYBOOKS, LOOSE LEAF BINDERS, WIRE-BOUND NOTEBOOKS, PENS

FIRST USE 10-23-2017; IN COMMERCE 10-23-2017

CLASS 25: SHIRTS AND TOPS, CAPS AND HATS

FIRST USE 10-23-2017; IN COMMERCE 10-23-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-470,507, FILED 12-03-2014



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# FUZZBERT

**Reg. No. 5,252,044**

**Registered Jul. 25, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CA 91201

CLASS 28: ACTION FIGURES AND ACCESSORIES THEREFOR, BENDABLE PLAY FIGURES, PLUSH TOYS, STUFFED TOYS

FIRST USE 8-1-2016; IN COMMERCE 8-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-982,527, FILED 12-03-2014
JESSIC ELLINGER FATHY, EXAMINING ATTORNEY



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# GOOD LUCK TROLLS

**Reg. No. 4,927,692**

**Registered Mar. 29, 2016**

**Int. Cls.: 16, 25, and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

DREAMWORKS ANIMATION L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 FLOWER STREET
GLENDALE, CA 91201

FOR: BLANK JOURNALS; BLANK JOURNALS FOR CHILDREN; RELATED JOURNALS, NAMELY, BLANK JOURNAL BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-31-2015; IN COMMERCE 7-31-2015.

FOR: APPAREL, NAMELY, T-SHIRTS, SHIRTS, SOCKS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-31-2015; IN COMMERCE 7-31-2015.

FOR: DOLLS, DOLL ACCESSORIES, GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-31-2015; IN COMMERCE 7-31-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 881,639.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TROLL" FOR CLASSES 16 AND 28, APART FROM THE MARK AS SHOWN.

SN 78-919,215, FILED 6-28-2006.

LINDA ORNDORFF, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# GUY DIAMOND

**Reg. No. 5,311,744**

**Registered Oct. 17, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 28: ACTION FIGURES AND ACCESSORIES THEREFOR, PLUSH TOYS, STUFFED TOYS

FIRST USE 8-1-2016; IN COMMERCE 8-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 86-508,727, FILED 01-20-2015



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# HUG TIME

**Reg. No. 5,423,930**

**Registered Mar. 13, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 28: Plush toys, stuffed toys

FIRST USE 10-1-2016; IN COMMERCE 10-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-882,098, FILED 01-21-2016



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# HUG TIME

**Reg. No. 5,355,560**

**Registered Dec. 12, 2017**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 14: Jewelry in the nature of watches, wristwatches, bracelets

FIRST USE 8-1-2016; IN COMMERCE 8-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-710,400, FILED 07-30-2015



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

## LADY GLITTER SPARKLES

**Reg. No. 5,459,350**

**Registered May 01, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 25: Halloween costumes

FIRST USE 8-1-2017; IN COMMERCE 8-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-470,492, FILED 12-03-2014



Director of the United States
Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# STYLIN' POPPY

**Reg. No. 6,233,861**

**Registered Dec. 29, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 28: Dolls

FIRST USE 1-1-2020; IN COMMERCE 1-1-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-019,439, FILED 06-24-2020



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# TINY DIAMOND

**Reg. No. 6,570,104**

**Registered Nov. 23, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C.  (DELAWARE LIMITED LIABILITY
COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 28: Toys, games and playthings, namely, action figures and accessories
therefor, bathtub toys, kites, toy building blocks, board games, action skill games,
manipulative games, target games, bubble making wand and solution sets, children's
multiple activity toys, costume masks, mechanical toys, toy vehicles and accessories
therefor, dolls, doll accessories, doll clothing, bean bag dolls, toy figures and
accessories therefor, play figures, inflatable toys, flying discs, jigsaw puzzles, marbles,
plush toys, puppets, ride-on toys, skateboards, balloons, roller skates, toy banks, water
squirting toys, and stuffed toys; Christmas tree ornaments; water globes; pinball
machines; playing cards; hand-held unit for playing electronic games adapted for use
with an external display screen or monitor; hand-held unit for playing electronic games
other than those adapted for use with an external display screen or monitor, golf and
sports balls, stress relief exercise balls

FIRST USE 9-6-2021; IN COMMERCE 9-6-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-838,124, FILED 03-17-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# TINY DIAMOND

**Reg. No. 7,000,902**
**Registered Mar. 14, 2023**
**Int. Cl.: 16**
**Trademark**
**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 16: Books and magazines in the fields of entertainment; children's activity books; children's storybooks

FIRST USE 9-6-2021; IN COMMERCE 9-6-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-838,120, FILED 03-17-2020



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# TINY DIAMOND

**Reg. No. 6,768,650**

**Registered Jun. 21, 2022**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C.  (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 25: Clothing, namely, shirts and tops, dresses, skirts, pants, trousers, jeans, shorts, rompers, overalls, sweatshirts and sweat pants, sweatsuits, gloves, suspenders, ties, coats and jackets, hosiery, pajamas, robes, sleep shirts, sleepwear, underwear, Halloween costumes, infantwear and cloth baby bibs; hats; headwear, namely, caps; shoes, boots, and slippers

FIRST USE 9-6-2021; IN COMMERCE 9-6-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-838,123, FILED 03-17-2020



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# TROLLS BAND TOGETHER

**Reg. No. 7,414,486**

**Registered Jun. 11, 2024**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 41: Entertainment services in the nature of film, videos and short form entertainment content in the nature of webisodes in the fields of comedy, drama, music and variety content; entertainment services in the nature of the production and distribution of film, videos, games, and short-form entertainment content in the nature of webisodes in the fields of news, entertainment, comedy, drama, music and variety content; providing a website, images and non-downloadable videos in the field of entertainment via the internet, mobile and wireless networks; amusement park attraction and theme park services; providing recreational areas for entertainment and amusement, namely, interactive play areas; providing events, contests, displays and exhibits in the field of news and entertainment; providing on-demand and rental of film, videos, games, and short form entertainment content in the nature of webisodes in the fields of comedy, drama, music and variety content; online non-downloadable electronic publications, namely, text and graphic works featuring news, entertainment, comedy, drama, music and variety content

FIRST USE 11-17-2023; IN COMMERCE 11-17-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-237,951, FILED 01-25-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# TROLLS BAND TOGETHER

**Reg. No. 7,361,075**

**Registered Apr. 16, 2024**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CALIFORNIA 91201

CLASS 28: Toys, games and playthings, namely, action figures and accessories therefor, bathtub toys, kites, toy building blocks, board games, action skill games, manipulative games, bubble making wand and solution sets, children's multiple activity toys, mechanical toys, toy vehicles and accessories therefor, dolls, doll accessories, doll clothing, bean bag dolls, toy figures and accessories therefor, play figures, jigsaw puzzles, plush toys, ride-on toys, balloons, roller skates, stuffed toys; Christmas tree ornaments; water globes; playing cards golf and sports balls

FIRST USE 1-2-2022; IN COMMERCE 1-2-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-237,948, FILED 01-25-2022

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

HOW TO TRAIN YOUR DRAGON

**Reg. No. 3,938,715**
**Registered Mar. 29, 2011**

**Int. Cls.: 9, 16, 25, and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

DREAMWORKS ANIMATION L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 FLOWER STREET
GLENDALE, CA 91201

FOR: VIDEO GAME CARTRIDGES, PRERECORDED DVDS FEATURING ANIMATED MOTION PICTURES; PRERECORDED CDS FEATURING MUSIC AND MOTION PICTURE SOUND TRACKS; AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-1-2010; IN COMMERCE 2-1-2010.

FOR: PAPER PARTY SUPPLIES, NAMELY, PAPER NAPKINS, PAPER TABLE CLOTHS AND PAPER PARTY BAGS; CHILDREN'S ACTIVITY BOOKS, COLORING BOOKS, STATIONERY-TYPE PORTFOLIOS, PENCILS, PENS, PEN CASES AND PENCIL CASES AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-1-2010; IN COMMERCE 2-1-2010.

FOR: SHIRTS AND TOPS, SHORTS, CAPS AND HATS, SHOES, PAJAMAS, SLEEPWEAR AND HALLOWEEN COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-1-2010; IN COMMERCE 2-1-2010.

FOR: ACTION FIGURES AND ACCESSORIES THEREFOR, DOLLS, BENDABLE PLAY FIGURES, PAPER PARTY HATS, PLUSH TOYS AND STUFFED TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-1-2010; IN COMMERCE 2-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-868,238, FILED 11-9-2009.

SOPHIA S. KIM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# HOW TO TRAIN YOUR DRAGON

**Reg. No. 4,634,375**

**Registered Nov. 4, 2014**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

DREAMWORKS ANIMATION L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 FLOWER STREET
GLENDALE, CA 91201

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF THE PRODUCTION OF A SERIES OF ANIMATED MOTION PICTURES FOR THEATRICAL RELEASE AND FOR DISTRIBU-TION VIA TELEVISION, CABLE TELEVISION AND THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-26-2010; IN COMMERCE 3-26-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,938,715.

SN 86-975,583, FILED 8-20-2013.

APRIL REEVES, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

# HOW TO TRAIN YOUR DRAGON

**Reg. No. 4,732,317**

**Registered May 5, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

DREAMWORKS ANIMATION L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 FLOWER STREET
GLENDALE, CA 91201

FOR: SERIES OF ANIMATED MOTION PICTURE FILMS, AND PRERECORDED DVDS ALL CONTAINING ANIMATED MOTION PICTURES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-11-2014; IN COMMERCE 11-11-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,938,715.

SN 86-043,212, FILED 8-20-2013.

APRIL REEVES, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# DREAMWORKS DRAGONS

**Reg. No. 5,144,969**

**Registered Feb. 21, 2017**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CA 91201

CLASS 16: Books in the fields of children's and family entertainment; paper party supplies, namely, paper napkins, pen cases and pencil cases

FIRST USE 8-1-2013; IN COMMERCE 8-1-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4628968, 4629481, 4580591

No claim is made to the exclusive right to use the following apart from the mark as shown: "DRAGONS"

SER. NO. 87-002,262, FILED 04-15-2016
WILLIAM H DAWE III, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# DREAMWORKS DRAGONS

**Reg. No. 5,144,971**

**Registered Feb. 21, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CA 91201

CLASS 28: Toys and playthings, namely, action figures and accessories therefor, bathtub toys, die cast miniature toy vehicles, bendable play figures, jigsaw puzzles, plush toys, balloons and stuffed toys

FIRST USE 8-1-2013; IN COMMERCE 8-1-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4628968, 4629481, 4580591

No claim is made to the exclusive right to use the following apart from the mark as shown: "DRAGONS"

SER. NO. 87-002,341, FILED 04-15-2016
WILLIAM H DAWE III, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# RAINCUTTER

**Reg. No. 5,241,704**

**Registered Jul. 11, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CA 91201

CLASS 9: Downloadable software in the nature of a mobile application for playing games for use with computers, portable handheld digital electronic communication devices, mobile devices and wired and wireless communication devices in connection with a dragon breed in an animated motion picture

FIRST USE 9-26-2014; IN COMMERCE 9-26-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 85-912,226, FILED 04-23-2013
MARCIE R FRUM MILONE, EXAMINING ATTORNEY



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# School of Dragons

**Reg. No. 4,506,383**

**Registered Apr. 1, 2014**

**Int. Cls.: 9 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

KNOWLEDGE ADVENTURE, INC. (DELAWARE CORPORATION)
GENERAL COUNSEL
2377 CRENSHAW BLVD., STE. 302
TORRANCE, CA 90501

FOR: COMPUTER GAME PROGRAMMES DOWNLOADABLE VIA THE INTERNET; COM-
PUTER GAME SOFTWARE; COMPUTER GAME SOFTWARE FOR USE ON MOBILE AND
CELLULAR PHONES; COMPUTER GAME SOFTWARE FOR USE WITH PERSONAL
COMPUTERS, HOME VIDEO GAME CONSOLES USED WITH TELEVISIONS AND ARCADE-
BASED VIDEO GAME CONSOLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-2013; IN COMMERCE 12-18-2013.

FOR: ELECTRONIC GAMES SERVICES PROVIDED BY MEANS OF THE INTERNET; EN-
TERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING GAMES
AND PUZZLES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE COM-
PUTER GAMES , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-1-2013; IN COMMERCE 7-1-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-705,719, FILED 8-16-2012.

JACLYN KIDWELL WALKER, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# STORMCUTTER

**Reg. No. 5,129,284**

**Registered Jan. 24, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CA 91201

CLASS 28: Action figures and accessories therefor and bendable play figures, all in connection with a dragon breed in an animated motion picture

FIRST USE 8-5-2015; IN COMMERCE 8-5-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 85-911,368, FILED 04-22-2013
MARCIE R FRUM MILONE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# STORMCUTTER

**Reg. No. 5,241,703**

**Registered Jul. 11, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

DreamWorks Animation L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 Flower Street
Glendale, CA 91201

CLASS 9: Downloadable software in the nature of a mobile application for playing games for use with computers, portable handheld digital electronic communication devices, mobile devices and wired and wireless communication devices in connection with a dragon breed in an animated motion picture

FIRST USE 11-7-2014; IN COMMERCE 11-7-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 85-911,333, FILED 04-22-2013
MARCIE R FRUM MILONE, EXAMINING ATTORNEY



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# STORMFLY

**Reg. No. 4,594,188**

**Registered Aug. 26, 2014**

DREAMWORKS ANIMATION L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
1000 FLOWER STREET
GLENDALE, CA 91201

**Int. Cl.: 28**

FOR: ACTION FIGURES AND ACCESSORIES THEREFOR; BENDABLE PLAY FIGURES; PLUSH TOYS; STUFFED TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**TRADEMARK**

FIRST USE 5-13-2014; IN COMMERCE 5-13-2014.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-982,447, FILED 4-22-2011.

CORY BOONE, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

CLES, YO-YO'S, CHRISTMAS TREE ORNAMENTS; PINBALL MACHINES AND MODEL CRAFT KITS OF TOY FIGURES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-1-2002; IN COMMERCE 4-1-2002.

SN 75-889,899, FILED 1-5-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY