**DreamWorks Animation LLC v. Canvas Canvas and the Individuals and Entities Operating Canvas Canvas - Case No. 25-cv-06861**

# Schedule A

| **Defendant Online Marketplaces** | | |
|---|---|---|
| **No** | **URL** | **Name / Seller Alias** |
| 1 | temu.com/m-634418222064761.html | Canvas Canvas |